# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

CHAMBERS OF
PAUL W. GRIMM
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0670
(301) 344-3910 FAX

February 11, 2022

RE: *Lexon Ins. Co. v. Miller et al.*,
    PWG-21-2897

## LETTER ORDER

Dear Parties:

    This letter order addresses multiple motions that were filed without complying with my Letter Order Regarding the Filing of Motions, ECF No. 3. Under the circumstances, I shall accept the motions as filed, but the parties are warned that further noncompliance will result in the motions being stricken and a Motion to Show Cause why sanctions should not be imposed for failure to comply with the Court's orders. The filed motions shall be resolved as follows:

- Motion for Summary Judgment, ECF No. 68, and accompany memorandum filed as a motion, ECF No. 69, are denied as moot, having been withdrawn by the Motion to Withdraw, ECF No. 103, which is granted.

- Motions to Intervene, ECF Nos. 72 and 75, are granted by separate Orders.

- Interpleader Defendant Baxter Bailey & Associates' Motion for Leave to File an Amended Answer to the Amended Complaint, ECF No. 102, is granted. The Amended Answer, ECF No. 102-2, is accepted as filed as of this date.

    Although informal, this is an Order of the Court and shall be docketed as such.

Sincerely,

_____/S/_____
Paul W. Grimm
United States District Judge